**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

SEP 25 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-50028 |
| Plaintiff-Appellee, | D.C. No. 3:12-cr-00509-CAB-1 |
| v. | |
| ANABEL OCEGUEDA, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Cathy Ann Bencivengo, District Judge, Presiding

Submitted September 18, 2019[**]

Before:    FARRIS, TASHIMA, and NGUYEN, Circuit Judges.

Anabel Ocegueda appeals from the district court's order denying her motion

for a sentence reduction under 18 U.S.C. § 3582(c)(2).  We have jurisdiction under

28 U.S.C. § 1291, and we affirm.

Ocegueda contends that she is eligible for a sentence reduction under

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Amendment 782 to the Sentencing Guidelines. We review de novo whether a district court had authority to modify a sentence under section 3582(c)(2). *See United States v. Leniear*, 574 F.3d 668, 672 (9th Cir. 2009). Contrary to Ocegueda's contention, the district court properly calculated her amended Guidelines range without considering the departures for fast-track and overrepresentation of criminal history that the court granted at Ocegueda's original sentencing. *See United States v. Ornelas*, 825 F.3d 548, 554-55 (9th Cir. 2016). Because Ocegueda received a 168-month sentence, which is below the minimum of her amended Guidelines range, the district court properly denied her motion for a sentence reduction. *See* U.S.S.G. § 1B1.10(b)(2)(A) ("[T]he court shall not reduce the defendant's term of imprisonment under 18 U.S.C. § 3582(c)(2) and this policy statement to a term that is less than the minimum of the amended guideline range."). Contrary to Ocegueda's contention, *United States v. D.M.*, 869 F.3d 1133 (9th Cir. 2017), does not compel a contrary result.

**AFFIRMED.**

19-50028